IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN BAPTISTE NEAL,

      Plaintiff,                    No. CIV S-08-0313 GEB KJM P

    vs.

ROSANNE CAMPBELL, et al.,

      Defendants.            ORDER

_____/

         Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

         Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

         Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $3.13 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

1  preceding month's income credited to plaintiff's prison trust account. These payments will be
2  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
3  account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).
4          The amended complaint filed by plaintiff on states a cognizable claim for relief
5  pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are
6  proven, plaintiff has a reasonable opportunity to prevail on the merits of his First Amendment
7  claim against defendants White, Cherry and Campbell. With respect to the remainder of the
8  defendants and claims identified in plaintiff's amended complaint, plaintiff's amended complaint
9  fails to state a claim upon which relief can be granted.
10         In accordance with the above, IT IS HEREBY ORDERED that:
11         1. Plaintiff's request for leave to proceed in forma pauperis is granted.
12         2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
13 Plaintiff is assessed an initial partial filing fee of $3.13. All fees shall be collected and paid in
14 accordance with this court's order to the Director of the California Department of Corrections
15 and Rehabilitation filed concurrently herewith.
16         3. Service is appropriate for the following defendants: White, Cherry and
17 Campbell.
18         4. The Clerk of the Court shall send plaintiff three USM-285 forms, one
19 summons, an instruction sheet and a copy of the amended complaint filed February 22, 2008.
20         5. Within thirty days from the date of this order, plaintiff shall complete the
21 attached Notice of Submission of Documents and submit the following documents to the court:
22         a. The completed Notice of Submission of Documents;
23         b. One completed summons;
24         c. One completed USM-285 form for each defendant listed in number 3
25         above; and
26 /////

Case 2:08-cv-00313-GEB-KJM   Document 8   Filed 06/04/08   Page 3 of 4

```
 1                    d.  Four copies of the endorsed amended complaint filed February 22,
 2             2008.
 3          6.  Plaintiff need not attempt service on defendants and need not request waiver of
 4  service.  Upon receipt of the above-described documents, the court will direct the United States
 5  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
 6  without payment of costs.
 7  DATED:  June 4, 2008.
 8                                                   _____
                                                     U.S. MAGISTRATE JUDGE
 9
10  1
    neal0313.1(2.28.08)
11
```

3

1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SEAN BAPTISTE NEAL,

11          Plaintiff,                     No. CIV-S-08-0313 GEB KJM P

12      vs.

13  ROSEANNE CAMPBELL, et al.              <u>NOTICE OF SUBMISSION</u>

14          Defendants.                    <u>OF DOCUMENTS</u>

15  _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18          _____       completed summons form

19          _____       completed USM-285 forms

20          _____       copies of the _____
                                     Amended Complaint

21  DATED:

22
23
                                            _____
                                            Plaintiff
24
25
26