IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN BAPTISTE NEAL,

        Plaintiff,          No. CIV S-08-0313 GEB KJM P

    vs.

ROSEANNE CAMPBELL, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has filed a request for an extension of time to file a reply to defendants' answer.  Replies to answers are generally not permitted and there does not appear to be any reason to deviate from that rule here.  Therefore, plaintiff's request (#19) is denied and the reply filed by plaintiff on November 3, 2008 shall be placed in the court's file and disregarded.

DATED:  November 14, 2008.

_____
U.S. MAGISTRATE JUDGE

1
neal0313.rep