IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN BAPTISTE NEAL,

    Plaintiff,       No. CIV S-08-0313 GEB KJM P

vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.      <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to conduct discovery. Because plaintiff fails to provide good cause for bringing his request after the discovery deadline has passed, his request (#26) is denied. <u>See</u> Fed. R. Civ. P. 6(b).

DATED: January 28, 2009.

_____
U.S. MAGISTRATE JUDGE

1
neal0313.36