IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SEAN BAPTISTE NEAL,** | Case No. 2:08-cv-0313 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **ROSANNE CAMPBELL, et al.,** | |
| Defendants. | |

    Defendants have moved for an extension of time to move for summary judgment. Good cause appearing, the court will set a deadline for defendants to file their motion for summary judgment after the court rules on plaintiff's amended motion to compel.

DATED: April 17, 2009.

_____
U.S. MAGISTRATE JUDGE

1

[Order (2:08-cv-0313 GEB KJM P)]