IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN BAPTISTE NEAL,

      Plaintiff,　　　　　　　　　No. CIV S-08-0313 GEB KJM P

  vs.

ROSEANNE CAMPBELL, et al.,

      Defendant.　　　　　　　　　ORDER

_____/

       Plaintiff has filed a motion in which he asks that the court order officials at his prison to allow plaintiff to review portions of his prison central file and make copies of certain documents. However, plaintiff has not presented anything suggesting he has been denied access to his central file or that he otherwise requires a court order for access. Therefore, his motion (#42) is denied.

DATED: September 21, 2009.

U.S. MAGISTRATE JUDGE

1
neal0313.mtc