IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN BAPTISTE NEAL,

    Plaintiff,                     No. CIV S-08-0313 GEB KJM P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff has filed a supplement to his complaint.  However, Local Rule 15-220 requires that complaints be complete in themselves without reference to any prior pleading.  This is because, as a general rule, an amended complaint supersedes a previous complaint.  See <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967).  Therefore, plaintiff's October 6, 2009 supplement to his complaint shall be placed in the court's file and disregarded.[1]

DATED: October 19, 2009.

                                             U.S. MAGISTRATE JUDGE

1
neal0313.sup

---

[1] Plaintiff is informed that if, in the future, he files an amended complaint, he must also file a motion seeking leave to amend under Rule 15 of the Federal Rules of Civil Procedure or the amended complaint will be disregarded.