IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN BAPTISTE NEAL,

      Plaintiff,                    No. CIV S-08-0313 GEB KJM P

   vs.

ROSEANNE CAMPBELL, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff has filed a motion asking that the court issue a subpoena for the Director of the California Department of Corrections and Rehabilitation to produce a grievance filed by plaintiff in 2004. Defendants' motion for summary judgment is due January 19, 2009. No other matters are pending or scheduled. Discovery is closed and the deadline for filing pretrial motions except defendants' motion for summary judgment has passed. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's December 28, 2009 request for issuance of a subpoena

/////

/////

/////

/////

1

(#53) is denied without prejudice to renewal at a time when plaintiff can and does establish a need for issuance of the subpoena.

DATED: January 7, 2010.

_____
U.S. MAGISTRATE JUDGE

1
neal0313.sub(2)